# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

October 29, 2019

**BY ECF**
The Honorable Vera M. Scanlon

Re: *Ira Heaston v. The City of New York, et al.*, 19 CV 5569 (PKC) (VMS)

Dear Judge Scanlon:

      I represent the plaintiff in this action. I write to inform the Court that a representative from defendant Borris, Inc., reached out to me and I agreed to give them an extension until November 25, 2019 to file an answer. The representative is not an attorney and stated that she needed additional time to find an attorney and also because she would be out of the country in early November. I advised her about the December 10, 2019 initial conference date.

      Thank you.

      Respectfully,

      /s
      Vik Pawar (VP9101)

Cc: All counsel (by ECF)