# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

December 3, 2019

**BY ECF**
The Honorable Pamela K. Chen
United States District Judge

Re:   *Ira Heaston v. The City of New York, et al.*, 19 CV 5569 (PKC) (VMS)

Dear Judge Chen:

  I am prepared to attend the pre-motion conference before the Court on January 10, 2020. However, for the sake of judicial economy and consistent with the spirit of Federal Rule 1, I ask that Your Honor to consider the following:

  Plaintiff has already agreed to withdraw his claims for malicious prosecution and denial of right to a fair trial. In addition, despite defendant City's claim to the contrary, plaintiff did appear for the City's 50-h hearing (see transcript attached as exhibit 1). If the Court still wishes to move forward with the January 10, 2020 conference, I ask that Your Honor direct the parties to comply with Judge Scanlon's scheduling order which directed the City to file an answer before November 26, 2019 and ordered the parties to enter into a case management order prior to the January 13, 2020 conference before her.

  Thank you.

Respectfully,

Vik Pawar (VP9101)

Cc:   All counsel (by ECF)

Ms. Soo-Young Shin, Esq. (by email)
Assistant Corporation Counsel