# EXHIBIT VP1

# EXHIBIT VP1



Oct 31, 2019, 2:04 PM

> Please call me

Nov 1, 2019, 1:34 PM

43" inch Samsung smart Tv
Spectrum cable boxes
Leather Burgundy love seat
Leather Burgundy sofa
4 -6 boxes of kids/adult clothes
Cosmetics/Medicines/
Cleaning products
2 Twin bed mattress/box springs
Small RCA stereo system with 3 speakers /Sub woofer
7-10 pair of sneakers (in a big black bag )
Shades /blinds
Tool box /power drill
Area rug

Other miscellaneous items not in complete thought.  What ever I or my wife think of we will add