# EXHIBIT VP2

EXHIBIT VP2

Wed, Jan 15, 8:27 AM

Good morning Vic

Wed, Jan 15, 1:49 PM

> Heaston, Ira (pla)
>
> 🛈 ☆ 1:2019cv05569
>
> Heaston v. Boris, Inc. et al
>
> New York Eastern District Court
>
> 10/02/2019
>
> Case dismissed again???
>
> This is just unscrupulous wouldn't you say???
>
> Pamela K. Chen
> istrict Court
> of New York
> aza East. 1214 S
> 1201
>
> Ira Heaston v. Borris Inc., R.K.H.L. Inc., et al.
> Docket Number 19-cv-5569
>
> Huh??? This should be fun

Smh don't Know what you're up against. You should Quit now.

See I'm already getting messages from this person.

Tue, Feb 4, 4:06 PM

Hey Vic when do I have to be in NY

Hi- are you in NYC?

I need to go over some paperwork with you.

Who was that text from "case dismissed huh"?

That was the lady that I tried to get order of protection from She sent that the day the Order of protection case was dismissed.

And she just started bringing up this one. I never told her about this case at all

Does she have anything to do with the place you rented? Or she the psycho mom?

> Does she have anything to do with the place you rented? Or she the psycho mom?

She the psycho mom

> Can you be here Thursday to go over some paperwork or next Tuesday?

She saying she know the judge she gonna make sure I don't get any money etc.

I can thurs. what's exactly is the paperwork

> Police reports etc. see you Thursday at 2pm.

Copy

Tue, Jun 23, 12:27 PM

> Give me a call

Tue, Jun 23, 3:00 PM

> The sister crazy? Why would she try to say that you're faking this lawsuit.

Vic she just called acs on her own sister I can send u all the text Hoe she saying she doing voodoo to destroy us

How *

It's reficulous

Ok 

Ok

Her sister is an adult who lives in a supposed daycare that has children but is the dirtiest place in earth. She has the nerves to have 3 kids there. If I was that type of person she wouldn't have kids she has no credibility whatsoever. And the mother got arrested for kicking my brother when we were minors but somehow she still has a daycare that needs to be shut down because all of the wild animals living there dropping fecal matter everywhere.

They are sad

dumber huh. Its okay. My work is fir the greater good so i wont stop. You two will never be happy. Oh and after my conversations this weekend you all will be receiving "visitors". Even your little friends

You two are really like dumb and dumber huh. Its okay. My work is fir the greater good so i wont stop. You two will never be happy. Oh and after my conversations this

dumber huh. Its okay. My work is fir the greater good so i wont stop. You two will never be happy. Oh and after my conversations this weekend you all will be receiving "visitors". Even your little friends

You two are really like dumb and dumber huh. Its okay. My work is fir the greater good so i wont stop. You two will never be happy. Oh and after my conversations this weekend you all will be receiving "visitors". Even your little friends



CHECKMATE!!! Got exactly what i wanted

Fri, May 1, 8:07 PM

God bless Your negativity.

Thanks

Heaston, Ira (pla)

 1:2019cv05569

Heaston v. Boris, Inc. et al

New York Eastern District Court

10/02/2019

Case dismissed again???

This is just unscrupulous wouldn't you say???

Pamela K. Chen
District Court
of New York
aza East. 1214 S
11201

**Ira Heaston v. Borris Inc., R.K.H.L. Inc., et al.**
Docket Number 19-cv-5569

Huh??? This should be fun

Smh don't Know what you're up against. You should Quit now.

+1 (929) 382-9028

Too late......opps

**Ira Heaston v. Borris Inc., R.K.H.L. Inc., et al.**
Docket Number 19-cv-5569

Huh??? This should be fun

Smh don't Know what you're up against. You should Quit now.

+1 (929) 382-9028

Too late.......opps

Lmao

Lmao

Copy

Ira Heaston v. Borris Inc., R.K.H.L. Inc., et al.
Docket Number 19-cv-5569

Huh??? This should be fun

Smh don't Know what you're up against. You should Quit now.

+1 (929) 382-9028

Too late........opps

Lmao

Lmao

Copy

+1 (929) 382-9028

So so so so many lies you told

Breathe,.... calm down,.....stop being big mad

Thu, Jan 16, 2:21 PM

+1 (929) 382-9028

I wonder how Mrs. Lagnese feels

I got these after I went to court for restraining order against them by myself and it was dismissed.