# EXHIBIT VP3

EXHIBIT VP3

Is that you in the photo with salim Blake?



You better have a good reason why your pic is with salim Blake. Don't use "my twin" as an excuse. The federal Judge will throw you in jail.

That's 100 percent my Twin

Yeah. He's friends with salim Blake

The guy you entered into a lease with.

No That is not the guy we entered the lease with Vic

U told me you did.

Salim Blake and his wife from Boris

No I'm saying that that is not him or his wife

that's not Mrs Blake or Salmin Blake

That guy did not sell us apartment.

People don't always use their real names, u can be whoever on fb

Facebook member Salim Blake with a pic of your twin. What are the coincidences?

Did you look it up , I'm not sure

I need an answer



Let me ask you a question. Why does the Facebook name say "Salim Blake."

> Either we dismiss the lawsuit or I'm getting off the case and you get a new lawyer. Your choice.

> Do This guy write his name as salim Blake or Salmin Blake ?

> What difference does it make?

> It's a big fucking coincidence that a guy who is friends in Facebook with your brother has a similar name to the guy who rented you the place

> My wife's family is behind this, I'm telling you that hers sister is good on the computer

> See when this page was made

> I sent you the messages they sent me in October that they were planning to be evil with this case, pre meditated

The pic is from 2009

You can proceed on your own and explain the conspiracy to the judge. Someone will go to jail for lying and I'm not going to be there to see it.

> Smh so because of this? The case has to be dismissed

No. U can find another lawyer or go forward on your own without a lawyer

> You're not going forward with the case at all ??

> You're not going forward with the case at all ??

You still have not given me a good reason why your brother is on salim Blake's Facebook profile.

You can move forward with the lawsuit with another lawyer or on your own and get money without having to pay me

> I have no good reason , hw May knew this guy in the pic but that is not the guys real first n last name , that guy name is not salim Blake ,people write whatever on their facebooks.

Explain to the judge and you may get money from the city. I'm not getting involved

> Smh, Theres no way I will be able to go to court like you do at all. Ans I would have to pay another lawyer first now ,right ?? Just dismiss it

> But how can this get this dismissed when they arrested me ,I never planned to be arrested. I went to court for them locking us out

> ??

That's why I think you can go forward without me.

U don't have to pay another lawyer the same way you didn't pay me

> Why without you, you don't think the chance is great because of this dilemma?

If you believe in your case, go alone and the truth will prevail.

For perjury?

You want to go to jail Ira for 5 years?

Is friends with your brother

Lease with

Entered a

You

The guy

Why

Explain

Cannot

You

> If you believe in your case, go alone and the truth will prevail.

I believe all the waY in my case, but perjury, they could try to convict me regardless ?? how often is justice served here, they will try their hardest to turn this on me ?? 5 years, sounds like any man is guilty already facing that ,.. We can't find anybody from the Blake's ,so they gonna use this guy against me all the way right ?
But my brother I'm sure hasn't seen this person in a long time. We grew up in 23 foster homes & 4 group homes. People come and go in our life and we don't even remember them

We don't hang out with anybody named Salim Blake, that guys real name isn't a Blake I'm sure. We know a lot of people by aka names.

> I'm getting off the case. You can move forward. If you're telling the truth, the judge will not do anything to you.

A picture says 1000 words ,what if they go g believe me. I don't know the extent of it Vic ?

This whole thing to get my case dismissed is a conspiracy from My wife's sister and mother

But what will the courts believe or even care about

Don't *

> Judges care about the truth

My truth is told ,but I tell the truth all the time and it Doesn't make anyone who is sold on it being a lie ,believe anymore or less.

> Fri, Aug 7, 8:27 AM

> Hey Ira- I sent you mail at the same address I sent the check. Hope you still get mail there. Do you also have an email address?

> The judge will have a hearing next month. If you don't find another lawyer you can present your side of the story and let the judge know all the facts. It's true you were falsely arrested but she's more concerned about how you got the order from state court.

Fri, Aug 7, 12:25 PM

I got the order from the court because I was locked out after we'd been there, so much of my belongings were there, and are still missing. I had time warner cable there as well, and ended up owing Time warner because someone removed the Cable boxes etc. We were there

lraheaston22@gmail.com

I'm just sending you copy of the order. I will mail you a letter tomorrow. I can send them by email if you give me your email address.

What does all this mean ?

date Defendants and Plaintiff shall electronically file their motion papers; and established by clear and convincing evidence that a party has sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter by unfairly hampering the presentation of the opposing party's claim or defense." See Passlogix, Inc. v. 2FA Tech., LLC, 708 F. Supp. 2d 378, 393 (S.D.N.Y. 2010). The Court will hold an evidentiary hearing via video conference on September 18, 2020 at 2:00 p.m. If a party intends to call witnesses at the hearing, they shall: (1) file a witness list, which must both identify the witnesses and estimate the length of each witness's testimony, by September 14, 2020, and (2) ensure that the witness knows how, and is able, to testify via video conference. The parties will also file all exhibits for the hearing by September 14, 2020. The public may access the audio of the video by dialing 571-353-2300, and using access code 0381064g2. Ordered by Judge Pamela K. Chen on 7/20/2020. (Shi, Yi)

address:

Iraheaston22@gmail.com

You withdrew Vic, dismiss the case

I do t wanna represent myself

I can't

Properly

I don't know the official language

In court

I don't represent you anymore. I cannot do anything for you. Sorry. Look for my email

How do u dismiss it. I don't have representation?

That's all I'm asking

You can contact the court

Fri, Aug 7, 12:25 PM

> I got the order from the court because I was locked out after we'd been there, so much of my belongings were there, and are still missing. I had time warner cable there as well, and ended up owing Time warner because someone removed the Cable boxes etc. We were there

Explain everything to the judge. I'm gonna send you some papers that the judge wants me to send to you.

> So you really are t going to represent me anymore

Not anymore. You can ask the judge to appoint you a lawyer. You can also get your own lawyer. Many lawyers out there who will take case on contingency like I did.

> You withdrew Vic, dismiss the case
>
> I do t wanna represent myself
>
> I can't
>
> Properly
>
> I don't know the official language
>
> In court

I don't represent you anymore. I cannot do anything for you. Sorry. Look for my email

> How do u dismiss it. I don't have representation?
>
> That's all I'm asking

You can contact the court

**Tue, Aug 11, 9:16 PM**

Can you tell me the courts. I don't know what courts

**Wed, Aug 12, 8:01 AM**

Judge Pamela K. Chen | Eastern District of New York | United States Dis... 
nyed.uscourts.gov

That's the judge. Your sister in law will be testifying.

Wait for the City's papers in the mail.

Wed, Aug 12, 12:25 PM

**Thank you**

Vic just please tell me how would I dismiss this case if I can't go in. Like what site and where do I go too if I need the motion for dismissal

I cannot give you legal advice. Contact the court.

The city is saying you ran a scam and fraud and testified falsely under oath. I would suggest you consult with a criminal defense lawyer.

Delivered