UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IRA HEASTON,

                Plaintiff,

    v.

CITY OF NEW YORK, P.O. JOSEPH ESSIG,
DET. RAMON PORTILLO, and P.O. AMANDA
F/K/A AMANDA MUROLO LORBER,

                Defendants.
---------------------------------------------------------------X

JUDGMENT

19-CV-5569 (PKC) (VMS)

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on January 20, 2022, sanctioning Attorney Pawar under Rule 11 of the Federal Rules of Civil Procedure; sanctioning Plaintiff under the Court's inherent powers; awarding Defendants $25,000, inclusive of attorneys' fees and costs, for which Plaintiff and Attorney Pawar are jointly and severally liable; it is

        ORDERED and ADJUDGED that Attorney Pawar is sanctioned under Rule 11 of the Federal Rules of Civil Procedure; that Plaintiff is sanctioned under the Court's inherent powers; and that Defendants are awarded $25,000, inclusive of attorneys' fees and costs, for which Plaintiff and Attorney Pawar are jointly and severally liable.

Dated: Brooklyn, New York
        January 21, 2022

                        Douglas C. Palmer
                        Clerk of Court

                By:    */s/Jalitza Poveda*
                        Deputy Clerk